Same case below, 442 Fed. Appx. 155.

**No. 11-8000. Robert L. Kendrick, Petitioner v. United States.**

565 U.S. 1184, 132 S. Ct. 1159, 181 L. Ed. 2d 1030, 2012 U.S. LEXIS 980.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 647 F.3d 732.

**No. 11-8013. Kenneth Clark, Petitioner v. United States.**

565 U.S. 1184, 132 S. Ct. 1159, 181 L. Ed. 2d 1030, 2012 U.S. LEXIS 992.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 657 F.3d 578.

**No. 11-8018. Robert Joos, Petitioner v. United States.**

565 U.S. 1184, 132 S. Ct. 1159, 181 L. Ed. 2d 1030, 2012 U.S. LEXIS 978.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 638 F.3d 581.

**No. 11-8024. Alejandro Valdez-Acosta, aka Alex Mancilla, aka Alejandro Mancilla, aka David Lira, Petitioner v. United States.**

565 U.S. 1185, 132 S. Ct. 1160, 181 L. Ed. 2d 1030, 2012 U.S. LEXIS 1053.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-8025. Alfonso Allan Brooks, Petitioner v. United States.**

565 U.S. 1185, 132 S. Ct. 1160, 181 L. Ed. 2d 1030, 2012 U.S. LEXIS 982.

January 23, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-492. Law Offices of Mitchell N. Kay, PC, Petitioner v. Darwin Lesher.**

565 U.S. 1185, 132 S. Ct. 1143, 181 L. Ed. 2d 1030, 2012 U.S. LEXIS 967.

January 23, 2012. Motion of Commercial Law League of America for leave to file a brief as amicus curiae granted. Motion of ACA International for leave to file a brief as amicus curiae granted. Motion of National Association of Retail Collection Attorneys for leave to file a brief as amicus curiae granted. Motion of respondent for leave to proceed in forma pauperis granted. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 650 F.3d 993.

**No. 11-627. Alabama, Petitioner v. Thomas Robert Lane.**

565 U.S. 1185, 132 S. Ct. 1144, 181 L. Ed. 2d 1030, 2012 U.S. LEXIS 984.

January 23, 2012. Motion of respondent for leave to proceed in forma pauperis